INTEGRACIÓN DE SALA ESPECIAL.

*Número:* ———————         *Resuelto:* 4 de enero de 1995

## RESOLUCIÓN

En conformidad con lo dispuesto en la Regla 3(d) del Reglamento de este Tribunal, 4 L.P.R.A. Ap. I-A, se constituye la Sala Especial para funcionar durante el despacho de la Sesión del Pleno del Tribunal del día de hoy, compuesta por el Juez Presidente Señor José A. Andréu García y los Jueces Asociados Señores Antonio S. Negrón García y Rafael Alonso Alonso.

*Publíquese.*

·*(Fdo.)* José A. Andréu García
*Juez Presidente*

Certifico:

*(Fdo.)* Francisco R. Agrait Lladó
*Secretario General*